BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
SOFIA L. SARABIA, California Bar No. 221,379
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax


CAROLINE FARRELL, California Bar No. 202,871
INGRID BROSTROM, California Bar No. 245,829
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA  93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiff

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, | NO. 1:06-CV-01648-OWW-DVB |
| Plaintiff, | **STIPULATION AND ORDER TO STAY THE PROCEEDINGS** |
| v. | |
| SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, FOSTER FARMS, LLC, and FOSTER POULTRY FARMS, INC., | |
| Defendants. | |

1    **WHEREAS**, the discovery cut-off for the above captioned matter is August 18, 2008
2    (Scheduling Conference Order (Doc. # 27)**)**;
3    **WHEREAS**, the settlement conference is set for August 28, 2008 at 10:00 am before
4    Judge Denis L. Beck (*Id.*);
5    **WHEREAS**, the non-dispositive motion filing deadline is August 29, 2008, with motions
6    to be heard before Judge Denis L. Beck on October 3, 2008 at 9:00 am (*Id.*);
7    **WHEREAS**, the dispositive motion filing deadline is September 15, 2008, with motions
8    to be heard before Judge Oliver W. Wanger on October 20, 2008 at 10:00 am v;
9    **WHEREAS,** the pre-trial conference is set for November 24, 2008 at 11:00 am before
10   Judge Oliver W. Wanger (*Id.*);
11   **WHEREAS**, the trial for the above captioned matter has been set for January 6, 2009 at
12   9:00 am before Judge Oliver W. Wanger (*Id.*);
13   **WHEREAS**, the Environmental Protection Agency ("EPA") published a proposed rule
14   entitled "Revisions to the California State Implementation Plan, San Joaquin Valley Unified Air
15   Pollution Control District" (hereafter "Proposed Rule") on February 20, 2008 (*See* 73 Fed. Reg.
16   9260 (February 20, 2008), attached as Exhibit 1);
17   **WHEREAS**, the Proposed Rule, should it be approved by EPA, may directly affect the
18   underlying legal basis for Plaintiff's offset claims; and
19   **WHEREAS**, the parties wish to stay the proceedings pending the U.S. Environmental
20   Protection Agency's final action on the Proposed Rule, and the conclusion of any judicial review
21   of that final rulemaking, in an effort to promote judicial and litigant economy.
22
23   NOW, THEREFORE, Plaintiff and Defendants stipulate as follows:
24       1. The proceedings in this case are stayed pending the U.S. Environmental Protection
25   Agency's final action on the Proposed Rule ("Final Rule"), and the conclusion of any judicial
26   review of the Final Rule.
27       2. If no judicial review of the Final Rule has been commenced within the applicable
28

1
STIPULATION AND [PROPOSED] ORDER TO STAY THE PROCEEDINGS

statute of limitations, the parties shall file a Notice advising the Court that no judicial review has been sought.

    3. Any party to this action who seeks judicial review of the Final Rule shall (1) file a Notice of Commencement of Judicial Review in this Court upon the filing of a petition for review by that party challenging the Final Rule; and (2) file a Notice of Conclusion of Judicial Review no later than five court days from the date on which available judicial review of the Final Rule has been exhausted.

    4. Within five court days of the filing of either the Notice specified in paragraph 2, or the Notice of Conclusion specified in paragraph 3, the parties shall file a joint request for a status conference to govern future proceedings.

Dated: March 18, 2008　　　　　　　　CENTER ON RACE, POVERTY & THE
　　　　　　　　　　　　　　　　　　ENVIRONMENT

　　　　　　　　　　　　　　　　　　/s/ Sofia L. Sarabia
　　　　　　　　　　　　　　　　　　Sofia L. Sarabia
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Association of Irritated Residents

Dated: March 18, 2008　　　　　　　　SAN JOAQUIN VALLEY UNIFIED AIR
　　　　　　　　　　　　　　　　　　POLLUTION CONTROL DISTRICT

　　　　　　　　　　　　　　　　　　/s/ Philip M. Jay
　　　　　　　　　　　　　　　　　　Philip M. Jay
　　　　　　　　　　　　　　　　　　Attorney for Defendant San Joaquin Valley Unified
　　　　　　　　　　　　　　　　　　Air Pollution Control District

Dated: March 18, 2008　　　　　　　　HOWREY LLP

　　　　　　　　　　　　　　　　　　/s/ Elizabeth M. Weaver
　　　　　　　　　　　　　　　　　　Elizabeth M. Weaver
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Foster Farms, LLC and
　　　　　　　　　　　　　　　　　　Foster Poultry Farms, Inc.

///

///

**ORDER**

**Good Cause Appearing,** IT IS SO ORDERED.

**Dated:   March 18, 2008**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE