ANNETTE BALLATORE-WILLIAMSON, DISTRICT COUNSEL #192176
SAN JOAQUIN VALLEY UNIFIED AIR
POLLUTION CONTROL DISTRICT
1990 E. Gettysburg Avenue
Fresno, California 93726
Telephone: (559) 230-6033 / Facsimile: (559) 230-6061

Attorneys for Defendant
SAN JOAQUIN VALLEY UNIFIED AIR
POLLUTION CONTROL DISTRICT

# IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, FOSTER FARMS, LLC, FOSTER POULTRY FARMS, INC., FOSTER FARMS-EL DORADO RANCH, and FOSTER FARMS-DAVIS RANCH, DOES I-X,<br><br>Defendants. | Case No. 06-cv-01648-LJO-SKO<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between each of the parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed *with prejudice* pursuant to FRCP 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED THAT the dismissal *without prejudice* on January 8, 2007 of plaintiff's claims against defendants Foster Farms – El Dorado Ranch and Foster Farms – Davis Ranch shall be and hereby is changed to a dismissal *with prejudice*.

IT IS FURTHER STIPULATED THAT each party shall bear its own respective attorney's fees and costs of suit.

-1-

STIPULATION AND ORDER OF DISMISSAL

SJVUAPCD
1990 E. Gettysburg
Fresno, CA 93726
(559) 230-6033

718359129.1

Respectfully Submitted,

Dated: October 28, 2015    SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT


By: /s/ *Annette A. Ballatore-Williamson*
    Annette A. Ballatore-Williamson
Attorney for SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT


Dated: October 28, 2015    MAYER BROWN LLP


By: /s/ *Steven E. Rich* (authorized on 10/28/15)
    Steven E. Rich
Attorneys for Defendants
FOSTER FARMS, LLC and
FOSTER POULTRY FARMS, INC.


Dated: October 28, 2015    CENTER ON RACE, POVERTY & THE ENVIRONMENT


By: /s/ *Brent Newell* (authorized on 10/28/15)
    Brent Newell
Attorneys for ASSOCIATION OF IRRITATED RESIDENTS

-2-

**SJVUAPCD**
**1990 E. Gettysburg**
**Fresno, CA  93726**
**(559) 230-6033**

STIPULATION AND ORDER OF DISMISSAL

718359129.1

## ORDER

Pursuant to the Parties' stipulation, and for good cause shown, this action is dismissed *with* prejudice in its entirety, and that the dismissal *without prejudice* on January 8, 2007 of plaintiff's claims against defendants Foster Farms – El Dorado Ranch and Foster Farms – Davis Ranch shall be and hereby is changed to a dismissal *with prejudice*. Each party shall bear its own respective attorney's fees and costs of suit.

The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: October 29, 2015**

>　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
>　　　　　　　　　　　　　　　　**United States District Judge**

-3-

SJVUAPCD
1990 E. Gettysburg
Fresno, CA  93726
(559) 230-6033

STIPULATION AND ORDER OF DISMISSAL

718359129.1